UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PING WANG,

                Applicant.        25-mc-331 (JGK)

                                 <u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    This is an application for discovery pursuant to 28 U.S.C. § 1782. The application was made ex parte, but there was no reason provided as to why the application should be ex parte in this case.

    The applicant is directed to serve the papers on the respondents and file proof of service on the docket within fourteen days. Any response to the application must be filed fourteen days thereafter. Any reply must be filed ten days thereafter.

SO ORDERED.
Dated:    New York, New York
            August 7, 2025

                                            John G. Koeltl
                                  United States District Judge