**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**PING WANG,**
                    Applicant.             25-mc-331 (JGK)

───────────────────────────────────        ORDER

**JOHN G. KOELTL, District Judge:**

On August 8, 2025, counsel for the applicant filed a form consent to the jurisdiction of a United States magistrate judge. ECF No. 8. The applicant's proposed consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c) is **denied**. The consent is ineffective because only the applicant and the applicant's attorney have signed the consent form—not the banks from which the applicant seeks discovery. See In re Ulmans, No. 23-mc-23, 2023 WL 3853703, at *2 (S.D.N.Y. Apr. 20, 2023) (finding consent ineffective in an action brought pursuant to 28 U.S.C. § 1782 because "the correspondent banks from whom [the applicant] seeks discovery have not consented" to magistrate judge jurisdiction).

**SO ORDERED.**
**Dated:   New York, New York**
          **August 13, 2025**

                                      /s/ John G. Koeltl
                                         John G. Koeltl
                                   United States District Judge