```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                          :
                                                :       25-MC-331 (JGK) (RWL)
APPLICATION OF PING WANG                        :
TO TAKE DISCOVERY FOR USE                       :       ORDER
IN A FOREIGN PROCEEDING UNDER                   :
28 U.S.C. § 1782.                               :
                                                :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 5, 2025, Ping Wang ("Applicant") filed an application (the "Application") for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings. The Application purports to attach the two subpoenas Applicant seeks to serve upon two banks (the "Subpoenas"). Neither Subpoena, however, identifies the materials to be produced pursuant to the Subpoena. (*See* Dkts. 1 and 2.) The Court therefore does not have a sufficient basis on which to grant or even evaluate the Application. Accordingly, the Application is DENIED WITHOUT PREJUDICE to filing an amended Application with proposed Subpoenas that properly identify the documents being requested. Such amended Application shall be filed by August 29, 2025; and (2) proof of service of the amended Application on the two banks shall be filed by September 2, 2025. The respondent banks shall have 14 days from service of the amended Application to file any response, and Applicant shall have 7 days to reply.

SO ORDERED:

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: August 22, 2025
       New York, New York