```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                      :
                                                            :    25-MC-331 (JGK) (RWL)
APPLICATION OF PING WANG                                    :
TO TAKE DISCOVERY FOR USE                                   :    ORDER
IN A FOREIGN PROCEEDING UNDER                               :
28 U.S.C. § 1782.                                           :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Whereas on August 5, 2025, Ping Wang ("Applicant") filed an ex parte application (the "Application") for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings (Dkt. 1); and

Whereas on August 7, 2025, the Court ordered Applicant to serve the Application on respondents (Dkt. 4), and Applicant filed certificates of service attesting to service as of August 7, 2025 (Dkts. 6-7); and

Whereas any response from respondents was due by August 21, 2025 (*see* Dkt. 4), but no response was filed; and

Whereas the matter has been referred to me (Dkt. 5); and

Whereas the Court issued an order on August 22, 2025 denying the Application without prejudice to filing and serving an amended Application because the initial Application attached subpoenas that did not identify the documents to be produced by the respondents; and

Whereas Applicant filed an Amended Application on August 24, 2025 (Dkt. 12), along with certificates of service attesting to service as of August 24, 2025 (Dkts 13-14);

and

Whereas any response from respondents to the Amended Application was due by September 8, 2025 (*see* Dkt. 11), but no response has been filed; and

Whereas the Court has considered the Amended Application, the supporting declaration of Ping Wang, dated August 5, 2025 (Dkt. 12-3), and Bing Z. Ryan, dated August 24, 2025 (Dkt. 12-2), and their exhibits; and

Whereas the Court finds that the required threshold elements for issuance of discovery pursuant to § 1782 are met, *see Federal Republic of Nigeria v. VR Advisory Services, Ltd.*, 27 F.4th 136, 148 (2d Cir. 2022), because (1) the entities from whom discovery is sought, HSBC Bank USA, National Association ("HSBC") and the East West Bank ("East West"), are found in New York, New York within this District; (2) the discovery sought is for use in civil court judicial divorce proceedings in Beijing, China (the "China Action") that currently is in the financial disclosures stage; and (3) Applicant is a party to the China Action and therefore an interested person; and

Whereas the Court further finds that the factors set forth in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65, 124 S.Ct. 2466, 2483 (2004) weigh in favor of permitting the discovery requested pursuant to 28 U.S.C. § 1782, because, inter alia, (1) neither HSBC nor East West is a participant in the China Action; (2) the China Action is an adversarial proceeding presided over by a judge; the China Action is in the discovery phase; the discovery sought is relevant to one of the principal issues in the China Action (i.e., asset ownership); and the court in the China Action is likely receptive to considering the evidence obtained; (3) there is no indication that the Application conceals an attempt to circumvent foreign proof-gathering restrictions or other policies

of either China or the United States; and (4) the discovery sought is not unduly intrusive or burdensome, but rather consists of a single request for documents, for a limited time period, reflecting assets owned by Applicant's adversary in the China Action (i.e., "All monthly account statements and copies of checks that relate to all bank accounts of LI from January 1, 2020 to present").

It is hereby ORDERED that:

1. The application for discovery pursuant to 28 U.S.C. § 1782 is GRANTED;

2. Applicant is authorized to serve on HSBC the subpoena attached to the Amended Application at pages 3-6;

3. Applicant is authorized to serve on East West Bank the subpoena attached as to the Amended Application at pages 7-10;

4. HSBC and East West are directed to respond to the subpoena served on them pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court by no later than twenty (20) days after service;

5. HSBC and East West retain their right to move to quash pursuant to Fed. R. Civ. P. 45(c)(3);

6. This Court shall retain such jurisdiction as is necessary to effectuate the terms of the subpoenas.

7. The Clerk of Court is respectfully directed to close the case subject to reopening in the event of a motion to quash or further application.

SO ORDERED:

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 10, 2025
New York, New York